OPINION OF THE JUSTICES TO THE GOVERNOR AND COUNCIL.

The "senior deputy sheriff in service," who, by the St. of 1877, c. 200, § 23, is required, in case a vacancy occurs in the office of sheriff in any county, to perform all the duties required by law to be performed by the sheriff, until the office of sheriff is filled in the manner required by law, is the deputy sheriff who has been longest in office continuously when the vacancy occurs.

ON March 8, 1879, the following order was adopted by the Governor and Council, and transmitted by the Governor to the Justices of the Supreme Judicial Court, who on March 10 returned the opinion which is subjoined.

Ordered, That the opinion of the Justices of the Supreme Judicial Court be respectfully required on the following important question of law, arising on the solemn occasion of the death of the Sheriff of Middlesex County, and of the impendency of the execution of William Henry Devlin for murder.

Is the "senior deputy sheriff in service," who is authorized, under section twenty-three of chapter two hundred of the acts of the year eighteen hundred and seventy-seven, to act in case of a vacancy in the office of sheriff, the deputy sheriff who has been longest in office continuously, or

(2d.) The deputy sheriff whose original appointment is of the earliest date, but who has not remained continuously in office since then, or

(3d.) The deputy sheriff who has served the greatest number of years, though not continuously, or

(4th.) The deputy sheriff who is oldest in years?

The Justices of the Supreme Judicial Court, having considered the question upon which their opinion has been required by His Excellency the Governor and the Honorable Council, respectfully submit it as their opinion that the Legislature, in enacting that, "whenever a vacancy occurs in the office of sheriff in any county, the senior deputy sheriff in service shall perform all the duties required by law to be performed by the sheriff, until the office of sheriff is filled in the manner required by law, giving bond as now required by law of sheriffs," has not, by the words "the senior deputy sheriff in service," designated the deputy sheriff in office when the vacancy occurs, who is oldest in years only, nor

the one whose original appointment was of the earliest date, but who has not since remained continuously in office; nor yet the one who has served for the greatest number of years, but not continuously; but has designated, as the officer to perform the duties of sheriff during the vacancy, the deputy sheriff "senior in service" when the vacancy occurs, that is to say, the one who has then been longest in office continuously.

HORACE GRAY.
JAMES D. COLT.
SETH AMES.
MARCUS MORTON.
WILLIAM C. ENDICOTT.
OTIS P. LORD.
AUGUSTUS L. SOULE.

Boston, March 10, 1879.